FILED
2025 Oct-22 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| CAROLYNN ELIZABETH WOOD <br><br> *Plaintiff(s)* <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC d/b/a Mr. Cooper <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-01800-CLM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nationstar Mortgage, LLC
d/b/a Mr. Cooper Mortgage
c/o CORPORATION SERVICE COMPANY
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carolynn Elizabeth Wood, Plaintiff, pro se
491 White Plains Road
Anniston, AL 36207
(928)925-8031

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

*CLERK OF COURT*

Date: 10/22/25

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Carolynn E. Wood
491 White Plains Road
Anniston, AL 36207
(928)925-8031



RECEIVED

2025 OCT 22  A 11: 42

U.S. DISTRICT COURT
N.D. OF ALABAMA

October 17, 2025

Clerk of Court
U.S. District Court, Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: Wood v. Nationstar Mortgage LLC, Civil Action No. 1:25-cv-01800-CLM

Subject: Request for Issuance of Civil Summons

Dear Clerk of Court,

I recently filed the above-referenced civil complaint in the Northern District of Alabama. When I initially presented the summons, I was instructed to hold it until the case was docketed and assigned to a judge. The case has now been docketed, and I respectfully request that the enclosed Civil Summons forms (AO 440) be issued, signed, and sealed by the Clerk.

Please return the issued summonses to me at the address listed above. I have enclosed a self-addressed stamped envelope for your convenience.

Thank you for your assistance and attention to this matter.

Respectfully,

Carolynn E. Wood

Plaintiff, Pro Se

Carolynn Wood
491 White Plains Rd.
Anniston, AL 36207

BIRMINGHAM AL
20 OCT 2025

SECURITY
OCT 22 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk, US District Court
Northern Alabama (Civil)
Hugo Black Courthouse
1729 Fifth Ave. N
Birmingham, AL 35203