# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CAROLYNN ELIZABETH WOOD,** | |
| Plaintiff, | |
| v. | **CASE NO.: 1:25-CV-01800-CLM** |
| **ALABAMA DAMAGE SPECIALISTS, INC., TRENT THRASHER CONSTRUCTION, LLC, and ELECTRIC PLUS, LLC, "Indispensable Parties" and NATIONSTAR MORTGAGE LLC dba MR. COOPER, and FICTIONAL DEFENDANT "JOHN DOE",** | **UNOPPOSED** |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar") respectfully moves this court, unopposed, for an extension of time, pursuant to Fed. R. Civ. Pro. 6(b), to respond to Plaintiff's Complaint. Defendant's counsel discussed the relief requested herein with Plaintiff via email, and she agreed to the relief sought.

This motion is made for good cause and not for the purposes of delaying this matter. On October 16, 2025, Plaintiff filed her Complaint. [Doc. 01]. Defendant

322097208v2

received notice of this lawsuit on October 28, 2025. Defendant's response is due November 17, 2025. Defendant preserves its right to challenge the validity of service. Defendant Nationstar respectfully requests additional time to consider the allegations to prepare a response. Defendant requests a response deadline of December 8, 2025.

WHEREFORE, Defendant respectfully requests that this honorable Court grants Defendant's request for an extension of time to respond to the Complaint and for such other and further relief as the court deems necessary.

Date: November 17, 2025.

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

<u>By:</u> /s/ *Roy Wallace Harrell, III*
Roy Wallace Harrell, III, Esq.
Alabama Bar No. 3211O61H
Primary Email: roy.harrell@troutman.com
Secondary Email:
christina.hill@troutman.com
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Telephone: 404-885-3900

**ATTORNEY FOR DEFENDANT NATIONSTAR**

322097208v2

## **CERTIFICATE OF SERVICE**

I do hereby certify on November 17, 2025, that I have served a true and correct copy of the foregoing upon Carolynn Elizabeth Wood, 491 White Plains Rd., Anniston, AL 36207, carolynn.e.c.wood@gmail.com, (*pro se Plaintiff*) via U.S. Mail; and Megan Phillips Huizinga, Esq., Knowles & Sullivan, LLC, 413 Broad St., Gadsden, AL 35901, megan@kkslawgroup.com (*Attorney for Trent Thrasher Construction, LLC*). via CM/ECF.

/s/ *Roy Wallace Harrell, III*
Roy Wallace Harrell, III

322097208v2