UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CAROLYNN ELIZABETH WOOD,**<br>    Plaintiff,<br><br>v.<br><br>**NATIONSTAR MORTGAGE LLC,**<br>*d/b/a Mr. Cooper, **et al.**,*<br>    Defendants. | **Case No. 1:25-cv-1800-CLM** |

## ORDER

    Plaintiff Carolynn Elizabeth Wood applies for the appointment of pro bono counsel. (Doc. 10). Appointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner. *See Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir.1987); *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir.1985). Having considered Wood's application and financial verification form, this court finds that such exceptional circumstances do not apply in this case, and that Wood would not otherwise be entitled to *in forma pauperis* status. So the court **DENIES** Wood's application for the appointment of pro bono counsel. (Doc. 10).

    The court **DIRECTS** the Clerk of Court to send a copy of this order to Wood at her address of record.

    **DONE** and **ORDERED** on November 19, 2025.

                                                    */s/ Corey L. Maze*
                                                  **COREY L. MAZE**
                                                  UNITED STATES DISTRICT JUDGE