IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CAROLYNN ELIZABETH WOOD,
Plaintiff,

v.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER, *et al.*,
Defendants.

Case No. 1:25-cv-01800-CLM

## NOTICE OF FILING

Plaintiff, Carolynn Elizabeth Wood, hereby gives notice of filing her:

- Motion for Reasonable Accommodation under Section 504
- Declaration in Support
- Proposed Order

Dated: December 1, 2025

Carolynn Elizabeth Wood
Plaintiff, pro se
491 White Plains Road
Anniston, AL 36207
(928)925-8031
carolynn.e.c.wood@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I mailed a true and correct copy of the forgoing **PLAINTIFF'S MOTION FOR REASONABLE ACCOMMODATION UNDER SECTION 504, DECLARATION IN SUPPORT, PROPOSED ORDER, AND NOTICE OF FILING** to the following counsel of record by depositing it in the United States Mail, first-class postage prepaid:

Roy W. Harrell, III, Attorney
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutmanemerge.com

Carolynn Elizabeth Wood
Plaintiff, Pro Se
491 White Plains Road
Anniston, Alabama 36207
(928) 925-8031
carolynn.e.c.wood@gmail.com