UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**CAROLYNN ELIZABETH WOOD,**
    Plaintiff,

v.

**NATIONSTAR MORTGAGE LLC,**
*d/b/a Mr. Cooper,* ***et al.,***
    Defendants.

Case No. 1:25-cv-1800-CLM

## ORDER

    The court acknowledges receipt of Defendant Nationstar's motion to dismiss, (doc. 17). The court **ORDERS** Plaintiff Wood to file a response brief on or before **January 9, 2026.** Plaintiff's response brief shall not exceed 25 (double spaced, size 14, Times New Roman typeface). Defendant Nationstar shall then have until on or before **January 16, 2026,** to file a reply. Nationstar's reply brief, if any, shall not exceed 10 pages (double spaced, size 14, Times New Roman typeface).

    The court **DIRECTS** the Clerk of Court to send a copy of this order to Wood at her address of record.

    **DONE** and **ORDERED** on December 12, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE