FILED
2026 Feb-12 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**CAROLYNN ELIZABETH WOOD,**
Plaintiff,

**v.**

**NATIONSTAR MORTGAGE LLC,**
*d/b/a Mr. Cooper,* ***et al.,***
Defendants.

**Case No. 1:25-cv-1800-CLM**

**ORDER**

Plaintiff Carolynn Elizabeth Wood moves to file a supplemental complaint under Federal Rule of Civil Procedure 15(d). (Doc. 22). Woods seeks to supplement her complaint to add a defendant, the current servicer of her mortgage, and independent claims against it. The court **DENIES** Wood's motion to supplement her complaint, (doc. 22). Instead, the court **ORDERS** Wood to file an amended complaint which consolidates all of her claims against all existing defendants, and any new ones, into a single document. Wood shall file this consolidated amended complaint on or before **March 6, 2026.**

Because the court orders Wood to file an amended complaint, the court **DENIES AS MOOT** Defendant Nationstar's motion to dismiss. (Doc. 17). Nationstar shall have until on or before **March 27, 2026**, to respond to Wood's amended complaint. Nationstar may reraise their arguments from the motion to dismiss, or any new ones, in their response to Wood's amended complaint.

The court **DIRECTS** the Clerk of Court to send a copy of this order to Wood at her address of record.

**DONE** and **ORDERED** on February 12, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE