FILED
2026 Jun-15 PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**CAROLYNN ELIZABETH WOOD,**
Plaintiff,

**v.**

**Case No. 1:25-cv-1800-CLM**

**NATIONSTAR MORTGAGE, LLC,**
Defendant.

**ORDER OF DISMISSAL**

The court, having been advised that a settlement has been reached (*see* doc. 38), **DENIES** Wood's motion for leave to amend her complaint (doc. 33) to add claims against Onity Mortgage Corporation **WITHOUT PREJUDICE** and **DISMISSES** Wood's proposed claims against Onity. Wood may re-raise her motion for leave if any party represents to the court **on or before August 14, 2026**, that final settlement documentation could not be completed. Wood or Onity may request additional time to file dismissal documents if necessary. If the court does not hear from Wood or Onity by **August 14, 2026**, this dismissal will convert into a **dismissal with prejudice**.

Wood's claims against Nationstar Mortgage, LLC remain pending. The court will not order the parties to mediation and will rule on Nationstar's pending motion to dismiss (doc. 29) in due course. The court **DIRECTS** the Clerk of Court to send a copy of this order to Wood at her address of record.

**DONE** and **ORDERED** on June 15, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE