FILED
2026 Sep-09 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

FILED
2026 SEP -8 P 4:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**CAROLYNN ELIZABETH WOOD,**
Plaintiff,

v.

Case No. 1:25-cv-01800-CLM

**NATIONSTAR MORTGAGE LLC,**
Defendant.

# PLAINTIFF'S NOTICE OF MATERIAL POST-HEARING DEVELOPMENTS CONCERNING PROPERTY RECONSTRUCTION AND MITIGATION

Plaintiff Carolynn Elizabeth Wood, appearing pro se, respectfully submits this Notice to advise the Court of material developments occurring since the Court's May 27, 2026 hearing concerning the continuing reconstruction, mitigation, and condition of the property that is the subject of this action.

Plaintiff does not seek through this Notice to amend her operative Complaint, assert additional claims against Defendant Nationstar Mortgage LLC, supplement the completed briefing on Nationstar's pending Motion to Dismiss, revive her dismissed proposed claims against Onity Mortgage Corporation, or request adjudication of the separate contractor disputes described below.

**1. Status of the Remaining Federal Action**

On June 15, 2026, this Court entered its Order of Dismissal concerning Plaintiff's proposed claims against Onity Mortgage Corporation. The Court separately ordered that "Wood's claims against Nationstar Mortgage, LLC remain pending" and stated that the Court would rule on Nationstar's pending Motion to Dismiss, Doc. 29, "in due course." Doc. 39.

The August 14, 2026 date identified in that Order has now passed. Plaintiff has continued to monitor the docket and respectfully submits this Notice because circumstances concerning the reconstruction and condition of the mortgaged Property have materially developed since the Court last heard from the parties.

**2. Reconstruction of the Property Remains Incomplete**

Following the delays in reconstruction previously described to the Court, Plaintiff continued attempting to mitigate the condition of the Property and complete reconstruction.

Plaintiff engaged Johnson Reconstruction, LLC to perform reconstruction work after Plaintiff's relationship with the original reconstruction contractor, Alabama Damage Specialists, LLC ("ADS"), did not result in completion of the garage reconstruction.

Johnson Reconstruction, LLC performed portions of the reconstruction, but ceased performance before completion of the work, and the project remains incomplete. Among other unfinished items, electricity has not been run, exterior siding has not been installed, the concrete slope was to have been replaced with steps, and the garage's breezeway has not been reconnected to the main house. On August 13, 2026 Plaintiff filed a complaint concerning Johnson Reconstruction, LLC with the Alabama Home Builders Licensure Board.

Plaintiff provides this information solely to advise the Court that, notwithstanding her continued efforts to obtain and complete reconstruction, the reconstruction and mitigation issues concerning the Property have not resolved.

**3. Dispute Concerning Funds Previously Paid to Alabama Damage Specialists**

As discussed in the status conference hearing in this court on May 27, 2026, on April 28, 2025, Plaintiff paid ADS $26,329.96 in connection with the contemplated garage reconstruction. The payment was made from insurance reconstruction proceeds after those proceeds had remained subject to mortgage-servicer control for approximately six months.

After repeated requests for ADS to provide a complete accounting, Plaintiff was unable to obtain a transaction-level reconciliation sufficient to establish the

ultimate disposition of the $26,329.96 garage payment or the final balance of the garage account.

ADS's June 29, 2026 accounting identified $7,000 in stated charges against the $26,329.96 payment but did not state the final disposition of the remaining $19,329.96. Plaintiff does not contend in this Notice that ADS is entitled to no compensation or that all funds must be returned. The amount ADS legitimately earned, expended, or is entitled to retain remains disputed.

On September 2, 2026, Plaintiff filed Wood v. Alabama Damage Specialists, LLC, Case No. CV-26-76, in the Circuit Court of Etowah County, Alabama. That action seeks, among other relief, declaratory judgment, an equitable accounting, breach-of-contract relief, and determination of the proper disposition of the $26,329.96 garage-reconstruction payment and the parties' respective rights and obligations.

On September 3, 2026, Plaintiff also filed a complaint concerning ADS with the Alabama Home Builders Licensure Board and provided the Board notice of the pending Etowah County action.

Plaintiff does not ask this Court to determine the merits of the ADS dispute or either administrative complaint. Those matters are identified only because they

concern the continuing effort to reconstruct the same Property and funds previously paid toward that reconstruction.

**4. Continuing Property and Mitigation Issues**

The foregoing developments have occurred while Plaintiff has continued attempting to repair, restore, and protect the Property following the September 5, 2024 loss.

The resolution of Plaintiff's proposed claims against Onity did not result in completion of the reconstruction. Plaintiff's efforts to proceed through a replacement contractor likewise have not resulted in completion of the project. Substantial reconstruction remains unfinished, including exterior siding, while funds previously paid in connection with the original reconstruction are now the subject of separate judicial and administrative proceedings.

Plaintiff submits that these post-hearing developments are material to the continuing factual circumstances surrounding reconstruction, mitigation, the condition of the mortgaged Property, and Plaintiff's claimed damages.

Plaintiff recognizes that subsequent contractor disputes do not, by themselves, establish liability on the part of Nationstar. Plaintiff provides this information so that the record accurately reflects her continuing mitigation and

reconstruction efforts and the present circumstances of the Property while her claims against Nationstar remain pending.

**5. Purpose of Notice**

Plaintiff respectfully submits this Notice for informational and case-management purposes only.

Plaintiff does not request through this Notice that the Court adjudicate the separate contractor disputes, grant relief against Onity Mortgage Corporation, reopen claims previously dismissed, or determine matters outside the operative pleadings.

Plaintiff contemporaneously files a Motion for Status Conference concerning the posture and progression of the remaining claims against Nationstar Mortgage LLC.

Respectfully submitted this 3rd day of September, 2026.

**CAROLYNN ELIZABETH WOOD**
Plaintiff, Pro Se
491 White Plains Road
Anniston, Alabama 36207
(928) 925-8031
carolynn.e.c.wood@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I served a copy of the foregoing by United States Mail upon counsel of record for Defendant Nationstar Mortgage LLC at counsel's address of record:

Roy W Harrell, III
Troutman Pepper Hamilton Sanders LLP
4290 Peachtree Dunwoody Rd
Atlanta, GA 30342

Carolynn E Wood
**CAROLYNN ELIZABETH WOOD**
Plaintiff, Pro Se
491 White Plains Road
Anniston, Alabama 36207
(928) 925-8031
carolynn.e.c.wood@gmail.com