FILED
2026 Sep-09 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

FILED

2026 SEP -8 P 4: 00

U.S. DISTRICT COURT
N.D. OF ALABAMA

**CAROLYNN ELIZABETH WOOD,**
Plaintiff,

v.

Case No. 1:25-cv-01800-CLM

**NATIONSTAR MORTGAGE LLC,**
Defendant.

# PLAINTIFF'S MOTION FOR STATUS CONFERENCE REGARDING REMAINING CLAIMS AGAINST NATIONSTAR MORTGAGE LLC

Plaintiff Carolynn Elizabeth Wood, appearing pro se, respectfully moves the Court for a status conference concerning the posture and progression of her remaining claims against Defendant Nationstar Mortgage LLC.

On June 15, 2026, following the May 27, 2026 hearing and notification of settlement concerning Onity Mortgage Corporation, the Court entered an Order providing that "Wood's claims against Nationstar Mortgage, LLC remain pending." Doc. 39. The Court further stated that it would rule on Nationstar's pending Motion to Dismiss, Doc. 29, "in due course."

The August 14, 2026 date identified in the Court's Order concerning completion of the Onity settlement has passed. Plaintiff understands that the

Court's June 15 Order did not impose an August 14 filing requirement upon Plaintiff concerning her remaining Nationstar claims.

Since the May 27 hearing and June 15 Order, however, material circumstances concerning reconstruction, mitigation, and the condition of the subject Property have continued to develop. Plaintiff has filed contemporaneously a Notice of Material Post-Hearing Developments advising the Court of those circumstances without requesting adjudication of matters outside this action.

Plaintiff does not request that the Court resolve Nationstar's pending Motion to Dismiss through this Motion or impose any particular timetable upon the Court. Rather, because Nationstar remains the sole Defendant, its dispositive motion remains pending, and material circumstances concerning the subject Property have continued to develop, Plaintiff respectfully requests a status conference at the Court's convenience concerning the posture and progression of the remaining action.

WHEREFORE, Plaintiff respectfully requests that the Court conduct a status conference at its convenience concerning the remaining claims against Nationstar Mortgage LLC and the progression of this action, and grant such other case-management relief as the Court deems appropriate.

Respectfully submitted this 3rd day of September, 2026.

_Carolynn E Wood_

**CAROLYNN ELIZABETH WOOD**
Plaintiff, Pro Se
491 White Plains Road
Anniston, Alabama 36207
(928) 925-8031
carolynn.e.c.wood@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I served a copy of the foregoing by United States Mail upon counsel of record for Defendant Nationstar Mortgage LLC at counsel's address of record:

Roy W Harrell , III
Troutman Pepper Hamilton Sanders LLP
4290 Peachtree Dunwoody Rd
Atlanta, GA 30342

_Carolynn E Wood_

CAROLYNN ELIZABETH WOOD,
Plaintiff, pro se
491 White Plains Road
Anniston, AL 36207
(928)925-8031
carolynn.e.c.wood@gmail.com